Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

_____ Division

Jena Ferguson

Case No. **26 CV 2785**

*(to be filled in by the Clerk's Office)*

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

American Airlines

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

Jury Trial: *(check one)* ☑Yes ☐No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Jena Ferguson |
| Street Address | 224 West 35th Street ste 500 box 268 |
| City and County | New York New York |
| State and Zip Code | 10001 |
| Telephone Number | 772-404-1059 |
| E-mail Address | JLF10040@yahoo.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

| | |
|---|---|
| Name | American Airlines |
| Job or Title *(if known)* | CT Corporation System |
| Street Address | 28 Liberty Street, |
| City and County | New York |
| State and Zip Code | NY 10005 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Jena Ferguson |
| Street Address | 1 Skyview Dr |
| City and County | , Fort Worth |
| State and Zip Code | TX 76155 |
| Telephone Number | (682) 278-9000 |

### II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Other federal law *(specify the federal law)*:

☐    Relevant state law *(specify, if known)*:

☐    Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐    Failure to hire me.

☑    Termination of my employment.

☐    Failure to promote me.

☐    Failure to accommodate my disability.

☐    Unequal terms and conditions of my employment.

☐    Retaliation.

☐    Other acts *(specify)*: _____

*(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

_____

C.    I believe that defendant(s) *(check one)*:

☐    is/are still committing these acts against me.

☑    is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☑    race                _____

☐    color               _____

☑    gender/sex          _____

☐    religion            _____

☐    national origin     _____

☐    age *(year of birth)* _____    *(only when asserting a claim of age discrimination.)*

☐    disability or perceived disability *(specify disability)*

_____

E.    The facts of my case are as follows.  Attach additional pages if needed.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.    Exhaustion of Federal Administrative Remedies

A.      It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*
February 24, 2025

B.      The Equal Employment Opportunity Commission *(check one)*:

☐      has not issued a Notice of Right to Sue letter.

☐      issued a Notice of Right to Sue letter, which I received on *(date)* _____ .

*(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.      Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐      60 days or more have elapsed.

☑      less than 60 days have elapsed.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.        For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          03/26/2026

Signature of Plaintiff

Printed Name of Plaintiff          Jena Ferguson

### B.        For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address



## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
### San Antonio Field Office

5410 Fredericksburg Road, Suite 200
San Antonio, TX 78229-3555
Intake Information Group: (800) 669-4000
Intake Information Group TTY: (800) 669-6820
San Antonio Direct Dial: (210) 640-7530
FAX (210) 281-2522
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued on: January 6, 2026

**To:**  Jena Ferguson
210 North Ector Drive Unit 401
Euless, TX 76039

**Re:**  Jena Ferguson v. American Airlines

EEOC Charge Number:  31A-2025-00104

EEOC Representative and email:  Hector Colon-Padro
State, Local and Tribal Program Manager
hector.colon-padro@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC has granted your request for a Notice of Right to Sue, and more than 180 days have passed since the filing of this charge. The EEOC is terminating its processing of this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is the official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) received this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.) Please retain this notice for your records.

On behalf of the Commission:

For

HECTOR COLON-PADRO  Digitally signed by HECTOR COLON-PADRO
Date: 2026.01.06 14:01:21 -06'00'

Norma J. Guzman
Field Director

cc:   Russell Cawyer                      Zane Herman
Kelly Hart                           Spielberger Law Group
201 Main Street Suite 2500           4890 W. Kennedy Blvd.  Suite 950
Fort Worth, TX 76102                 Tampa, FL 33609

## Statement of Arbitrary and Capricious Management Practices

### Standard of Review: Arbitrary and Capricious Conduct

A decision is legally "arbitrary and capricious" if it is the product of sudden, impulsive, and unreasonable acts of will rather than a rational connection between facts and choices. American Airlines management has consistently bypassed its own internal policies and the law to target me, while simultaneously ignoring egregious safety, professional, and ethical violations by others.

### I. Introduction: The Social Construct of Intimidation

*"I am bringing this claim because my employment at American Airlines was characterized by systemic disparate treatment and bias against employees of color." "Specifically, I was treated differently than white colleagues in identical situations — repeatedly and without explanation."* As a high-performing employee of color consistently generating over $100,000 in monthly sales—exceeding $1 million annually—I became a target of intimidation. Instead of my success being celebrated, it was met with suspicion and hostility. *"Management viewed my professional excellence as a threat to their established hierarchy, leading to a pattern where policies were strictly enforced against me while being ignored for white colleagues in identical situations."*

### II. Hostile Work Environment and Physical Harassment

- **Discriminatory body-policing directed only at Black women**: *"Discriminatory body policing: My Black female colleagues and I were singled out and ordered to cover our bodies with jackets to hide our 'butt size' — a humiliating directive never given to white employees. We were treated differently than white colleagues in identical workplace settings."*

- **Unwanted Physical Contact (Oct 10, 2024):** My supervisor (Patrica Hewlett-Henderson) repeatedly engaged in unwelcome physical touching at my desk. In a subsequent meeting with the union, she admitted to this behavior, dismissively claiming she was simply a "touchy-feely person." **This admission confirms a total disregard for my physical boundaries and professional dignity.**

### III. Fabricated Disciplinary Actions and Lack of Due Process

- **The "Yelling" Fabricated Charge (July 30, 2024):** I was falsely accused of "yelling and screaming" at a ticket agent. Despite this being a terminable offense, I was only suspended from flying for six months. Management refused to provide the video evidence they claimed to have, suggesting the charge was fabricated to intimidate me.

- **System Sabotage:** Management intentionally blocked my access to the Voluntary Time Off (VTO) system and manipulated my schedule with "ghost meetings" to prevent me from traveling to North Carolina for essential medical care for my torn rotator cuff.

### IV. Disparate Treatment and Selective Enforcement

- **The 75-Mile Rule:** I was denied a 30-day remote work accommodation for surgery based on a "75-mile rule," yet I have direct knowledge of white colleagues based in Miami living and working in North Carolina (over 600 miles away) without issue.
  "This is a clear example of being treated differently than white colleagues in identical situations."

- **Ticket Policy Trap:** I was terminated for changing tickets—an action my supervisor explicitly and repeatedly ordered me to perform for her personal friends and family. Meanwhile, a white male colleague cost the company $10,000 through a similar policy violation and faced zero disciplinary action.

### V. Wage Theft and Retaliation and Financial Malfeasance

I reported multiple instances of wage theft regarding "short pay" on my checks. These reports were ignored. When I attempted to exercise my rights under the CWA contract regarding training schedules and rest days, I was told to "call out sick," which was a trap designed to assess disciplinary "points" against my record.

### VI. Negligence, Safety Violations, and Hostile Environment

- **Safety and Violence (The Gun Incident):** Management failed to maintain a safe environment. After a training instructor used disparaging language toward a student, the employee returned to the office with a **firearm**. While security was temporarily increased, the overall security culture remained a joke; guards were regularly found **asleep at their desks**, leaving the building and its employees vulnerable.

- **Unsanitary and Disparate Working Conditions:** While white colleagues were given comfortable, flexible work arrangements, I was forced to move my desk to a location directly under a **filthy vent covered in dust and debris**. This environmental hazard was a direct result of poor building maintenance and seemed to be a deliberate attempt to make my working conditions unbearable. *"I was treated differently than white colleagues in identical job roles with no legitimate business justification."*

- **The "Living in the Cafe" Scandal:** The building was so poorly managed that an employee was actually **living in the office cafe**, yet management focused their disciplinary energy on my "butt size" and monitoring my high-performance sales.

- **Conflict of Interest:** Many supervisors were mentally and physically absent because they were working **other full-time jobs** while on the clock at American Airlines. This explains the "short pay" and "wage theft" I experienced—they were too distracted by their side businesses to manage payroll or follow the CWA contract.

- **Career Sabotage (AA School):** Despite my 20 years of experience as an educator, management actively **blocked my transfer** to the American Airlines Training Center (AA School). They refused to even grant me an interview, effectively trapping me in a hostile department where they could continue to exploit my sales skills while suppressing my career growth.

### VII. Pretextual Termination and Direct Managerial Coercion

**Coerced Ticket Changes:** The company terminated me for "violating policy" by changing tickets. However, I am submitting **iMessage proof** showing my manager specifically **requested and directed me** to change those tickets for her personal family and friends. Firing an employee for an act the supervisor ordered them to perform—and benefited from—is the definition of a capricious and bad-faith decision. *"Identical conduct. Different outcomes. That is disparate treatment."*

**Conclusion**

The evidence shows that American Airlines did not fire me for a policy violation; they fired me because I was a successful Black woman who outperformed her peers. My termination was the culmination of months of physical harassment, fabricated accusations, and the selective enforcement of rules that did not apply to my white coworkers. I am seeking full accountability for these discriminatory practices and the restoration of the wages and professional standing that were stolen from me.

I am here today because I believed in American Airlines' mission to 'Elevate the Customer Experience.' As a 20-year New York City public school educator and a high-performer who generated nearly **$2 million in revenue for American Airlines**, I didn't just work for this company—I invested my vision in its future.

However, I was met with a culture that chose intimidation over innovation. While I was taking the heat from hostile passengers to maintain our sales during a year when Forbes ranked us the **worst airline in America**, my local management was busy monitoring my physical appearance and policing my body.

I have documented evidence—from iMessages showing my supervisor coerced the very policy violations I was fired for, to photos of a workplace where security guards sleep while instructors bring guns to the office. This is not about a single 'ticket violation'; it is about a systemic failure of leadership that prioritizes harassment over the **$65 million revenue opportunity** I tried to present for our 100th Anniversary of American Airlines

I am here for **Restorative Justice**. I am offering a way to turn this conflict into a landmark partnership for the **AA Africa Academy 2026**. I am asking this AA board and the courts to choose the future of our global brand over the petty biases of a few local managers." I want my files wiped clean. Seeking my pay from when I was illegally terminated till the agreement is made.  Due to our current climate in America and the fact that I am an older employee I am also seeking Future pay of five (5) years.

## Statement of Facts

Around Q1 2022

Myself and 2 other college were called into the hall way and was told to where a jacket in the office because our butts are so large and they offend others.

Jena Feguson
Karsha McMillian
Loucresha Lawrence

The who training walked out and quit due to how they were being treated

Fall 2022
College brought a gun to the office due to a fight with a supervisor.  They hired a private security guard and we had to sign in daily.
This was under Kip Hamilton office manager at the time

College Living in the Café he had a fold bed he uses to sleep in.  I have the photo's management did nothing.

January 2023

I was in Europe and I was locked out of my traveling passes when I tried to return home. ( I have a screenshot)

March 2023

I was told my schedule was being changed to attend a training class.  This would have made me work for 9 days in a role which is against CWA contract. I was having medical treatment and could not just simply change my schedule.  Lisa Defunk wrote me up for not attending stated I had abounded my job, however I came to work and worked my original schedule which I email everyone and told them so.  On the email chain was

Lisa Defunk
Yoko Sato
Susan Fox-Clemmons
Kim Spies
Deborah Johnson CWA union rep
I asked for the copy of the policy they said I could get fired for not working the 9 days and no one provide any information.

Then in May when I finally took the training class it was full of people who had the same issue and they were told to just call in sick, a whole training class.

**July 2023**
I had surgery and was told that I could not take FMLA due to the fact my doctor refused to write on the forms the medicines I was taking. He stated the request was illegal and against HIPP law.

**November 21, 2023**

I had a meeting with Michelle Simmons about me working from home for 30 days in North Carolina because I needed additional surgery I was told I could not because it was more then 75 miles from the office. I then asked to be transferred back to the North Carolina office and they said no. I stated that Kip Hamilton called and had me transferred to Dallas that is how I got there. Basically, they told me I was Lying. I transferred to Dallas to work in the AA school since I was a school teacher, however they blocked me from transferring.

Then I sent an email to Carolyne Truelove to request a meeting about the issue and to speak about the educational project I created for AA 100 Anniversary that I want to launch for 2026. On the email chain was

Carolyne Truelove
Michelle Simmons
Patricia Howlett-Henderson
Kelley Braun

All emails and calls when unanswered.

**February 29, 2024**

Since I had my surgery early January 2024, I was actively taking VTO and swapping with others to be off and heal while at home in North Carolina, since they would not transfer me back. I had 1 hour left on my schedule and I was waiting on someone to pick the hour up for me and Patrica my supervisor put a meeting on my schedule so that I could not swap off. When I called her about it, she told me to call in sick and that she was not taking it off. So I called in sick

**Around Q1**
My college Roy Iverson changed a ticket against company policy to Delta Airlines and it cost the Company almost $10,000 and no one did anything but told him not to do it again. (white man)

**May 2024**
I was deleted from the system so that I could not take VTO anymore.

Roy Iverson (white man) use to work for the US Gov't and was based in Uganda. To my understanding his colleague passed away and he and his wife adopted a child. He would take VTO for 30 days at a time and he never go deleted from the system.

**August 2024**

I was told that the airport reported that I was at the airport yelling and screaming at the ticket agent. They provided no evidence and told me this is the way it is; your flight privileges are blocked for 6 months.

I went to June Morgan CWA rep to appeal and she disappeared; I never saw her again.  She told me she was filing my appeal.  She never returned any of my texts or calls.

**Then because I am so good at what I do my supervisor asked my to change her aunts and other family members  tickets from Bermuda.**

**October 8, 2024**

The incident with Patrica came to my desk and was rubbing my back.  I complained to her manager Rudy Hurton and in the meeting was and Mary Starky CWA rep.
A few days later they said in a few weeks I would be moved to a new CCM.  So I took VTO till they moved me.


They were always deleting me from the system, blocking my passcode and hanging up my calls.  It happened so much in Nov 2024 everyday for like 5 to 7 days I had to call AA tech to get back into the system.  I got many Tech Tickets.

**April 1st 2025**

The worst time I was off the phone for more then 1 hours because I was completely deactivated from the system.  I wrote countless emails because when I called AA tech department, they said I was totally deactivated and I need to call my supervisor to get back into the system.

On the email chain

Ray Wolf
Robin Crane
Kathy Saunders
Yvonne Newton CWA


Everything is time stamped at AA.  Someone has learned how to hack into the system.  Someone deletes my hours.

A lot more things happen and I have no problem providing emails, photos and iMessage.

You have many people working other full times jobs that really needs to be addressed and I think you should begin with Thelma and Louise at the Winston Salem office.

**FORMAL STATEMENT OF DAMAGES SOUGHT**

**Claimant:** Jena Ferguson

**Respondent:** American Airlines

**Date:** March 31, 2026

I hereby state that I am seeking the following damages from American Airlines for wrongful termination, discrimination, retaliation, and the resulting harm to my health and career:

**1. Back Pay (Lost Wages from Wrongful Termination)**

I request full back pay from my wrongful termination date until the date a settlement agreement is signed. Based on my annual earnings of approximately $55,000-$75,000, this amount continues to accrue.

**Estimated current amount: $68,000** (you calculate from termination date to today)

**2. Future Pay (5 Years)**

I request five (5) years of future pay based on:

- Industry precedent where discrimination and retaliation cases have resulted in 3–5 years of forward-looking compensation

- Documented physical harm caused by the hostile work environment (blood pressure 185/165 – hypertensive crisis)

- My inability to return to American Airlines due to ongoing health risks

- My proven earning capacity of $100,000–$120,000 per year

**Total future pay request: $500,000–$600,000 (5 years × $100,000–$120,000)**

**3. Non-Economic Damages (Pain, Suffering, Emotional Distress)**

I request compensation for severe emotional distress, anxiety, and physical health deterioration directly caused by years of harassment, discrimination, and retaliation.

**Requested amount: $150,000–$250,000**

**4. Record Relief**

- Complete removal of all disciplinary actions and termination from my employment record

- Neutral employment verification (dates of employment and title only)

**TOTAL DEMAND SUMMARY**

| Category | Amount |
|---|---|
| Back Pay (to date) | $68,000 |
| Future Pay (5 years) | $340,000–$500,000 |
| Non-Economic Damages | $150,000–$250,000 |
| **Total Range** | **$558,000 – $818,000+** |

**Statement of Good Faith**

This demand is made in good faith based on documented evidence of disparate treatment, supervisory coercion, safety failures, and measurable physical harm. I am prepared to provide iMessages, tech tickets, photos, witness names, and medical documentation supporting this claim.

Signature: _____

Date: _____

Luke Farley
COMMISSIONER



Claudia Larrain-Campbell
Investigator
Wage and Hour Bureau

February 13, 2026

Jena Ferguson
10520 Chapel Hill Rd, #301
Morrisville, NC 27560

Identification Number:  216762

Dear Jena Ferguson:

The Wage and Hour Act investigation of American Airlines, Inc., DBA American Airlines in Cary, NC has been completed.   Our office is unable to substantiate your wage claim due to the employer agreement/contract between you and the employer.

Our bureau reviews company policies regarding promised wages; however, our bureau does not delve into employment agreements/contractual obligations. If an employee and employer have a signed employment agreement and/or contract, such contracts are better addressed in a court of law to determine the contractual obligations of the parties. Aggrieved employees have a private right of action to sue an employer to recover wages per N.C. General Statute 95-25.22(b). Wage and Hour investigators do not determine contractual obligations as it would, in essence, be practicing law without a license.

If you believe you have a breach of contract situation, please seek the advice of a licensed attorney who specializes in the area of employment law or employer contracts. Additionally, employees may seek "specific performance" of a contract to rectify the situation, such as reinstatement if the employee is wrongfully terminated.

Consequently, no further action will be taken on your behalf. You are free to pursue the alleged back wages on your own in court. North Carolina's trial court system has two divisions: District Court and Superior Court. Both divisions are generally located in the same courthouse in each county but have different judges. The Superior Court division handles civil cases involving a claim for more than $25,000. The District   Court   division   handles   civil   cases   involving   a   claim   for   $25,000   or   less. https://www.nccourts.gov/help-topics/lawsuits-and-small-claims/lawsuits.  In addition, there is small claims court. Small claims court is part of the district court division of the North Carolina state court system. Magistrates decide cases in small claims court. The maximum amount of money that can be requested in a small claims case varies by county, from $5,000 to $10,000. Cases include those where the amount of money sought in the complaint does not exceed $10,000. The dollar limit varies from $5,000 to $10,000 depending on local rules. The public may contact the clerk of court in their county of residence to find out your local small claims court limit. https://www.nccourts.gov/help-topics/lawsuits-and-small-claims/small-claims.

If you decide to take your own legal action, you may want to consult with a private attorney. If you do not have an attorney or know of one to contact, you may contact the North Carolina Lawyer Referral Service at 919-677-0561 or toll-free 1-800-662-7660.

1101 Mail Service Center • Raleigh • NC • 27699
OFFICE 919-707-7992 • claudia.larrain-campbell@labor.nc.gov

Web site: www.ncbar.org/members/committees/lawyer-referral-service.

If you have any questions concerning this investigation, please contact me at the number listed below.

Sincerely,

*Claudia Larrain-Campbell*

Claudia Larrain-Campbell
Investigator

## Revenue Trend

| METRICS | Jan-2022 | Feb-2022 | Mar-2022 | Apr-2022 | May-2022 | Jun-2022 | Jul-2022 | Aug-2022 | Sep-2022 | Oct-2022 | Nov-2022 | Dec-2022 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | $61,539.09 | $116,083.24 | $132,875.57 | $108,277.27 | $60,989.05 | $38,316.73 | $84,508.21 | $52,477.24 | $33,871.45 | $56,416.82 | $70,277.91 | $59,291.68 | $874,924.26 |
| Sales Target | $58,626.89 | $57,507.46 | $67,195.97 | $41,374.71 | $26,748.73 | $19,647.68 | $36,148.56 | $30,457.19 | $22,799.40 | $34,456.60 | $37,434.47 | $48,319.98 | $481,564.49 |
| Sales % to Target | 104.97% | 201.86% | 197.74% | 261.70% | 228.01% | 195.02% | 233.78% | 172.30% | 148.56% | 163.73% | 187.74% | 122.71% | 181.68% |
| Total Calls | 898 | 959 | 1,010 | 945 | 587 | 465 | 787 | 687 | 490 | 619 | 611 | 1,257 | 9,315 |
| Revenue Calls | 103 | 135 | 161 | 111 | 70 | 39 | 78 | 65 | 49 | 66 | 78 | 87 | 1,042 |
| Conversion % to Target | 100.94% | 132.60% | 142.09% | 165.00% | 172.09% | 131.68% | 150.69% | 151.31% | 157.42% | 140.09% | 150.48% | 135.02% | 140.06% |
| Revenue per Sale % to Target | 103.99% | 152.23% | 139.17% | 158.60% | 132.49% | 148.10% | 155.13% | 113.87% | 94.37% | 116.88% | 124.75% | 90.88% | 129.72% |

**Revenue Trend**
Last Year, Metrics, FERGUSON, JENA LYNN:702224

Legend: Sales % to Target — Conversion % to Target — Revenue per Sale % to Target

User: JENA LYNN FERGUSON

March 28, 2023  07:56 PM

Case 1:26-cv-02785-LTS    Document 1    Filed 04/03/26    Page 19 of 19

# Revenue Detail

| | Apr-2024 | May-2024 | Jun-2024 | Jul-2024 | Aug-2024 | Sep-2024 | Oct-2024 | Nov-2024 | Dec-2024 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| | - | $74,523.51 | $62,528.61 | $110,817.39 | $81,756.50 | $94,530.97 | $47,723.97 | $59,593.57 | $13,464.06 | $544,938.58 |
| | - | $33,905.63 | $29,274.12 | $48,840.13 | $139,480.16 | $52,149.33 | $37,558.98 | $46,506.54 | $16,029.34 | $397,396.95 |
| | - - | 219.80% ★ | 213.60% ★ | 226.90% ★ | 58.62% ▲ | 181.27% ★ | 127.06% ★ | 128.14% ★ | 84.00% ▲ | 137.13% ★ |
| | - | 694 | 521 | 694 | 1,708 | 956 | 655 | 864 | 361 | 6,453 |
| | - | 39 | 36 | 47 | 99 | 78 | 48 | 53 | 13 | 413 |
| | - | 128.11% | 137.59% | 124.17% | 95.14% | 140.74% | 120.88% | 106.63% | 75.76% | 114.56% |
| | - | 171.57% | 155.25% | 182.74% | 61.61% | 128.79% | 105.12% | 120.17% | 110.87% | 119.70% |

## Revenue Trend
Last Year, Metrics, FERGUSON, JENA LYNN:702224